IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILSON C. WINEMILLER, JR. :
　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff,　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　: 　Civil No. RDB-09cv2487
　　　　　　　　　　　　　　　　　　:
WORLDWIDE ASSESS　　　　　　　　 :
PURCHASING , LLC.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　Defendant　　　　　　　　　:

...o0o...

## ORDER

This case came before the Court for a hearing on the pending motions.

Counsel having been heard, and the Court having rendered its ruling on the record,

It is this 10th day of November 2010, ORDERED

1. That the Joint Motion for Preliminary Approval of Class Action Settlement Agreement (Paper No.34) IS DENIED;

2. That the Motion to Enforce Settlement Agreement (Paper No. 35) IS DENIED;

3. That counsel file a responsive pleading on or before Wednesday, December 1, 2010, and

The Clerk shall TRANSMIT a copy of this Order to all parties.

_____
RICHARD D. BENNETT
United States District Judge